**Fill in this information to identify the case:**

Debtor 1     Michael Williamson

Debtor 2     Melissa A. Williamson
(Spouse, if filing)

United States Bankruptcy Court for the     Northern     District of     Alabama
                                                                                                                   (State)

Case number     19-80422-CRJ13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-18CB, MORTGAGE OASS THROUGH CERTIFICATES, SERIES 2004-18CB

**Court claim No. (if known):**    9

**Last 4 digits** of any number you use to identify the debtor's account:    6751

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 04/23/2019 | (5) $ 150.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | 04/18/2019 | (7) $ 11.00 |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Plan Review | 02/28/2019 | (11) $ 150.00 |
| 12. Other. Specify: Preparation of 410A Form | 04/23/2019 | (12) $ 150.00 |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Michael | | Williamson | Case Number *(if known)* | 19-80422-CRJ13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ **Bryce Noel**
Signature

Date **May 6, 2019**

Print: Bryce Noel
First Name   Middle Name   Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 3575 Piedmont Road, N.E. Suite 500
Number   Street

Atlanta   GA   30305
City   State   Zip Code

Contact phone (404)-994-7400

Email BNoel@aldridgepite.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ALABAMA - DECATUR DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL WILLIAMSON and MELISSA A. WILLIAMSON,<br><br>Debtors. | Case No. 19-80422-CRJ13<br><br>Chapter 13<br><br>PROOF OF SERVICE |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this cause.

On May 8, 2019, I served the NOTICE OF POST-PETITION MORTGAGE FEES EXPENSES AND CHARGES in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2019

/s/ Melissa Gonzalez
MELISSA GONZALEZ

# SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Michael Williamson
Melissa A. Williamson
119 Holbrook Dr.
Huntsville, AL 35806

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Cynthia Rena Wright
300 Bob Wallace Avenue, SW, #B
Huntsville, AL 35801
ladylaw67@comcast.net

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Michele T. Hatcher
P.O. Box 2388
Decatur, AL 35602
ecf@ch13decatur.com