## Fill in this information to identify the case:

Debtor 1: **Michael Williamson**

Debtor 2: **Melissa A Williamson**
(Spouse, if filing)

United States Bankruptcy Court for the: **NORTHERN**    District of: **Alabama**

Case number: **19-80422**

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of Creditor: **BANK OF AMERICA, N.A.**         Court Claim No (If Known): **8-1**

Last four digits of any number you use to identify the debtor's account:   **3174**

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No

☐ Yes    Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| BK ATTY PLAN RVW | 2/27/2019 | 350.00 |
| RETURN PAYMENT FEE | 4/10/2019 | 30.00 |
| RETURN PAYMENT FEE | 4/23/2019 | 30.00 |
| BK-PROOF OF CLAIM | 5/1/2019 | 300.00 |
| BK OBJEC'N 2 PLAN | 5/15/2019 | 500.00 |

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     Notice of Postpetition Mortgage Fees, Expenses, and Charges      Page: 1

Debtor 1: Michael Williamson    Case number (If Known): 19-80422

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the Creditor

☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Diane C. Murray *dcm*
Signature: Diane C. Murray (MUR-048)
Donald M. Wright (WRI-021)
Enslen Crowe (CRO-098)

Date: 8/15/19

Print: Diane / C. / Murray
First Name: / Middle Name: / Last Name:

Title: Attorney for Creditor

Company: Sirote & Permutt, P.C.

Address: P.O. Box 55887

City: Birmingham    State: AL    Zip Code: 35255

Phone: 205-930-5257

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    Page: 2

# Sirote & Permutt, PC

P.O. Box 55509  
Birmingham, AL 35255  
Phone No: (205) 930-5206  
Fax No: (205) 930-5101

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | |
|---|---|
| Bank of America, N.A. | Invoice #: ▮ |
| | Invoice Status: Check Confirmed |
| 7105 Corporate Drive | Input By: Debra Eason |
| Plano, TX 75024 | Date Submitted: 2/27/2019 |
| Re: MICHAEL & MELISSA A WILLIAMSON | Invoice Date: 2/27/2019 |
| 119 HOLBROOK DR | Vendor Ref #: ▮ |
| HUNTSVILLE, AL 35806 4084 | Vendor Code: SIROTE |
| Loan #: ▮ | Payee Code: ▮ |
| Loan Type: | Tax #: |
| Inv. ID / Cat. ID: | Type: Non Judicial |
| | Referral Date: 2/14/2019 |
| Cost Center: | |
| CONV Case No: | Acquisition Date: |
| Entity Code: | Paid in Full Date: N/A |
| BK Case No: 19-80422 | Foreclosure Removal Date: N/A |
| BK Chapter: 13 | |

| | |
|---|---|
| Invoice ID: ▮ | |
| Asset Number: | ▮ Notates redacted information |
| Outsourcer: LPS Default Solutions | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/27/2019 | | | | 2/27/2019 | 2/27/2019 | 3/2/2019 |

| Fee Description(s) | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | 02/18/2019 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |
| Note: recoverable | | | | | | | |
| Service From Date: 2/14/2019 | | Service To Date: 2/27/2019 | | | | | |
| | | | | $350.00 | $0.00 | $350.00 |
| **Total:** | | | | | $350.00 | $0.00 | $350.00 |

**Invoice Level Exceptions**  
None

**Invoice Level Comment**  
None

Execution Date Time: 08/07/2019 11:54:40 AM     Pages: 1/ 1

**Sirote & Permutt, PC**
P.O. Box 55509
Birmingham, AL 35255
Phone No: (205) 930-5206
Fax No: (205) 930-5101

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

Bank of America, N.A.

| | | |
|---|---|---|
| | Invoice #: | ▮ |
| | Invoice Status: | Check Confirmed |
| 7105 Corporate Drive | Input By: | Debra Eason |
| Plano, TX 75024 | Date Submitted: | 5/1/2019 |
| Re: MICHAEL & MELISSA A WILLIAMSON | Invoice Date: | 5/1/2019 |
| 119 HOLBROOK DR | Vendor Ref #: | ▮ |
| HUNTSVILLE, AL 35806 4084 | Vendor Code: | SIROTE |

| | | | |
|---|---|---|---|
| Loan #: | ▮ | Payee Code: | ▮ |
| Loan Type: | | Tax #: | |
| Inv. ID / Cat. ID: | | Type: | Non Judicial |
| | | Referral Date | 4/12/2019 |
| Cost Center: | | | |
| CONV Case No: | | Acquisition Date: | |
| Entity Code: | | Paid In Full Date: | N/A |
| BK Case No: | 19-80422 | Foreclosure Removal Date: | N/A |
| BK Chapter: | 13 | | |

Invoice ID: ▮
Asset Number:

▮ Notates redacted information

Outsourcer: LPS Default Solutions

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/1/2019 | | | | 5/1/2019 | 5/1/2019 | 5/4/2019 |

| Fee Description(s) | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 04/23/2019 | 1 | $300.00 | $300.00 | $0.00 | $300.00 |
| Note: recoverable | | | | | | | |
| Service From Date: 4/12/2019 | | Service To Date: 5/1/2019 12:00:00 | | | | | |
| | | | | $300.00 | | $0.00 | $300.00 |
| **Total:** | | | | $300.00 | | $0.00 | $300.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

## Sirote & Permutt, PC
P.O. Box 55509
Birmingham, AL 35255
Phone No: (205) 930-5206
Fax No: (205) 930-5101

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| Bank of America, N.A. | | Invoice #: | ▮ |
| | | Invoice Status: | Check Confirmed |
| 7105 Corporate Drive | | Input By: | Debra Eason |
| Plano, TX 75024 | | Date Submitted: | 5/15/2019 |
| Re: | MICHAEL & MELISSA A WILLIAMSON 119 HOLBROOK DR HUNTSVILLE, AL 35806 4084 | Invoice Date: | 5/15/2019 |
| | | Vendor Ref #: | ▮ |
| | | Vendor Code: | SIROTE |
| Loan #: | ▮ | Payee Code: | ▮ |
| Loan Type: | | Tax #: | |
| Inv. ID / Cat. ID: | ▮ | Type: | Non Judicial |
| | | Referral Date | 2/19/2019 |
| Cost Center: | | Acquisition Date: | |
| CONV Case No: | | Paid in Full Date: | N/A |
| Entity Code: | | Foreclosure Removal Date: | N/A |
| BK Case No: | 19-80422 | | |
| BK Chapter: | 13 | | |

| Invoice ID: | ▮ |
|---|---|
| Asset Number: | |

▮ Notates redacted information

Outsourcer: LPS Default Solutions

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/15/2019 | | | | 5/15/2019 | 5/15/2019 | 5/18/2019 |

| Fee Description(s) | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | 05/07/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |
| Note: recoverable | | | | | | | |
| Service From Date: 2/19/2019 | | Service To Date: 5/15/2019 | | | | | |
| | | | | $500.00 | | $0.00 | $500.00 |
| **Total:** | | | | | $500.00 | $0.00 | $500.00 |

### Invoice Level Exceptions
None

### Invoice Level Comment
None

Execution Date Time: 08/07/2019 11:57:49 AM                              Pages: 1/ 1

Case 19-80422-CRJ13    Doc     Filed 08/15/19   Entered 08/15/19 10:51:35    Desc Main
Document      Page 5 of 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 19-80422-CRJ |
| Michael Williamson | ) | Chapter: | 13 |
|    SSN: xxx-xx-3360 | | | |
| Melissa A. Williamson | ) | | |
|    SSN: xxx-xx-1118 | | | |
| | ) | | |
| Debtors | | | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Post-Petition Fees, Expenses and Charges filed by BANK OF AMERICA, N.A. was mailed, first class postage prepaid to the following:

Michael Williamson
Melissa A. Williamson
119 Holbrook Dr.
Huntsville, AL 35806

and served via electronic case management to:

Cynthia Rena Wright
300 Bob Wallace Avenue, SW #B
Huntsville, AL 35801
ladylaw67@comcast.net

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
ecf@ch13decatur.com

On this the 15th day of August, 2019.

Respectfully submitted,

/s/Diane C. Murray
✓ Diane C. Murray (MUR-048) *ocm*
Donald M. Wright (WRI-021)
Enslen Crowe (CRO-098)
Attorney for Creditor

OF COUNSEL:

Diane C. Murray
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-930-5257 / Fax 205-212-3864
dmurray@sirote.com